AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Amel Dalluge

　　　　　　　　　　　　v.　　　　　　　　　JUDGMENT IN A CIVIL CASE

Grant County Jail

CASE NUMBER: CV-08-10-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Complaint is DISMISSED Without Prejudice.

05/05/08　　　　　　　　　　　　　　　　　JAMES R. LARSEN
*Date*　　　　　　　　　　　　　　　　　　*Clerk*
　　　　　　　　　　　　　　　　　　　　　s/ Vikki Johnson
　　　　　　　　　　　　　　　　　　　　　*(By) Deputy Clerk*
　　　　　　　　　　　　　　　　　　　　　Vikki Johnson